# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL HANSMEIER,<br><br>           Plaintiff,<br><br>v.<br><br>HRP WOODBURY II, LLC, STORE MASTER FUNDING VII, LLC, and MERRICK GARLAND,<br><br>           Defendants. | Case No. |

## NOTICE OF REMOVAL

COMES NOW Defendant, STORE MASTER FUNDING VII, LLC, ("STORE") pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 and hereby removes this case from the Hennepin County, Minnesota District Court to the United States District Court for the District of Minnesota. As grounds for removal, and for no other purpose, STORE provides as follows:

1. On March 16, 2022, Plaintiff, Paul Hansmeier ("Hansmeier"), served his unfiled Summons and Complaint on STORE in the lawsuit captioned *Hansmeier v. HRP Woodbury LLC, et al.* pending in the Hennepin County Minnesota District Court within the Fourth Judicial District. The Complaint was not filed in state court, only served on STORE.

2. Hansmeier alleges STORE, as the subject property's owner, and co-defendant HRP Woodbury II, LLC ("HRP Woodbury") unlawfully discriminated against unnamed individuals in violation of Title III of the Americans with Disabilities Act, as amended, 42 U.S.C. § 12101, *et seq*. Because Hansmeier's claims arise under acts of Congress, this Court has original jurisdiction over such claims pursuant to 28 U.S.C. § 1331.

3. Hansmeier also asserts claims arising under acts of Congress and/or the United States Constitution, namely violations of his First Amendment Rights (Counts 4, 5 and 6) against United States Attorney General, Merrick Garland, in his official capacity. Each of Counts 4, 5 and 6 arise under the United States Constitution, making them removable under the original jurisdiction of this Court as provided by 28 U.S.C. § 1331.

4. Hansmeier also asserts a state law claim against HRP Woodbury and STORE arising under the Minnesota Human Rights Act based upon the same operative facts as Hansmeier's federal ADA claim and is thus so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Thus, pursuant to 28 U.S.C. § 1367(a), this Court has jurisdiction over all claims asserted by Hansmeier.

5. Removal of this entire action is, therefore, appropriate pursuant to 28 U.S.C. § 1441(a).

6. Because this Notice of Removal was filed within 30 days of March 16, 2022, the date on which STORE was served, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b)(1).

7. Venue is proper in this Court because Hansmeier's state court action is pending within a Minnesota Judicial District within the geographic confines of this District. 28 U.S.C. § 1441(a).

8. Attached hereto as **Exhibit A** is a copy of all process, pleadings, orders and other documents.

9. After filing this Notice of Removal, STORE will promptly serve written notice of this Notice of Removal on Hansmeier, who is proceeding pro se, as required by 28 U.S.C.

§ 1446(d). A copy of the Notice of Filing Notice of Removal is incorporated herein and attached as **Exhibit B.**

10. Counsel for STORE has spoken with and received consent from counsel for all Defendants to remove this action from state court to this Court.

WHEREFORE, because the Petition establishes that this Court has original jurisdiction of this action by reason of a federal question pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Hansmeier's state law claim pursuant to 28 U.S.C. § 1367(a), STORE respectfully gives notice that the action pending in the State of Minnesota, Fourth Judicial District, Hennepin County District Court, captioned *Hansmeier v. HRP Woodbury LLC, et al.* is removed to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1441.

Dated: April 5, 2022            **KUTAK ROCK LLP**

By:    */s/Andrew R. Shedlock*
Andrew R. Shedlock (#0395655)
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
612-334-5022
Andrew.Shedlock@kutakrock.com

ATTORNEY FOR DEFENDANT
STORE MASTER FUNDING VII, LLC