# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Paul Hansmeier

**DEFENDANTS**
HRP Woodbury II, LLC, Store Master Funding VII, LLC, Merrick Garland

**(b)** County of Residence of First Listed Plaintiff: Pine
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hennepin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
20953-041 Unit K3  Federal Correctional Institute
P.O. Box 1000  Sandstone, MN  55072

Attorneys *(If Known)*
Defendant Store Master Funding VII, LLC
Andrew Shedlock, Kutak Rock LLP 612-334-5022

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 446 Amer. w/Disabilities - Other

## V. ORIGIN
[x] 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
n/a

Brief description of cause:
Americans with Disabilities Act Violations alleged

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 4/5/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE