UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PAUL HANSMEIER,

    Plaintiff,

v.

HRP WOODBURY II, LLC;
STORE MASTER FUNDING VII, LLC;
and MERRICK GARLAND,

    Defendants.

Case No. 0:22-cv-00820 (ECT/LIB)

**DEFENDANT
HRP WOODBURY II, LLC'S
ANSWER TO COMPLAINT**

---

Defendant HRP Woodbury II, LLC ("HRP Woodbury"), for its Answer to the Complaint of Plaintiff Paul Hansmeier ("Plaintiff"), states and alleges as follows:

## GENERAL DENIAL

Except as to those allegations that are expressly admitted herein, HRP Woodbury denies each and every allegation contained in the Complaint except as may be hereinafter admitted, qualified or explained, and denies Plaintiff's right to all relief requested.

## INTRODUCTION

1. Upon information and belief, HRP Woodbury denies the allegations in Paragraph 1.

2. HRP Woodbury denies the allegations in Paragraph 2.

3. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 3.

4. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 4.

5. HRP Woodbury admits the allegations in Paragraph 5.

6. HRP Woodbury denies the allegations in Paragraph 6.

7. HRP Woodbury denies the allegations in Paragraph 7.

8. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 8.

9. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 9.

10. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 10.

11. Paragraphs 11 through 19 in the Complaint are reserved and therefore require no answer.

## JURISDICTION AND VENUE

20. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 20.

21. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 21.

22. Paragraphs 22 through 29 in the Complaint are reserved and therefore require no answer.

## PARTIES

30. Upon information and belief, HRP Woodbury admits the allegations in Paragraph 30.

31. HRP Woodbury admits the allegations in Paragraph 31.

32. HRP Woodbury admits the allegations in Paragraph 32.

33. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 33.

34. Paragraphs 34 through 39 in the Complaint are reserved and therefore require no answer.

## FACTS

A. **Paul Hansmeier's Personal Mission is to Help People with Disabilities Gain Equal Access to Society**

40. HRP Woodbury denies the allegations in Paragraph 40.

41. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 41.

42. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 42.

43. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 43.

44. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 44.

45. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 45.

46. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 46.

47. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 47.

48. HRP Woodbury denies the allegations contained in Paragraph 48.

49. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 49.

50. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 50.

51. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 51.

52. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 52.

53. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 53.

54. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 54.

55. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 55.

56. Paragraphs 56 through 59 in the Complaint are reserved and therefore require no answer.

B.     **Hansmeier's Pairs Testing**

60. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 60.

61. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 61.

62. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 62.

63. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 63.

64. Paragraphs 64 through 69 in the Complaint are reserved and therefore require no answer.

C.     **Hansmeier's Pairs Testers**

70. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 70.

71. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 71.

72. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 72.

73. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 73.

74. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 74.

75. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 75.

76. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 76.

77. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 77.

78. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 78.

79. Paragraphs 79 in the Complaint is reserved and therefore requires no answer.

D. **Unlawful Architectural Barriers at the Facility are Obstructing Hansmeier's Pairs Testing**

80. HRP Woodbury denies the allegations contained in Paragraph 80.

81. HRP Woodbury denies the allegations contained in Paragraph 81.

82. HRP Woodbury denies the allegations contained in Paragraph 82.

83. HRP Woodbury denies the allegations contained in Paragraph 83.

84. HRP Woodbury denies the allegations contained in Paragraph 84.

85. HRP Woodbury denies the allegations contained in Paragraph 85.

86. Paragraphs 86 through 89 in the Complaint are reserved and therefore require no answer.

**E.     The Challenged Restrictions**

90. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 90.

91. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 91.

92. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 92.

93. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 93.

94. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 94.

95. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 95.

96. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 96.

97. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 97.

98. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 98.

99. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 99.

100. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 100.

101. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 101.

102. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 102.

103. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 103.

104. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 104.

105. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 105.

106. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 106.

107. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 107.

108. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 108.

109. Paragraphs 109 through 110 in the Complaint are reserved and therefore require no answer.

**F.     Retaliation**

111.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 111.

112.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 112.

113.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 113.

114.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 114.

115.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 115.

116.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 116.

117.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 117.

118.   Paragraphs 118 through 119 in the Complaint are reserved and therefore require no answer.

**G.     Hansmeier's Course of Conduct/the Covered Activity**

120.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 120.

121.   HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 121.

122. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 122.

123. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 123.

124. Paragraphs 124 through 129 in the Complaint are reserved and therefore require no answer.

**H.   Hansmeier's First Amended Injuries**

130. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 130.

131. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 131.

132. Paragraphs 132 through 139 in the Complaint are reserved and therefore require no answer.

**I.   The Owner and Operator Defendants Are Violating the Americans With Disabilities Act**

140. HRP Woodbury denies the allegations in Paragraph 140.

141. HRP Woodbury denies the allegations in Paragraph 141.

142. HRP Woodbury denies the allegations in Paragraph 142.

143. HRP Woodbury denies the allegations in Paragraph 143.

144. HRP Woodbury denies the allegations in Paragraph 144.

145. HRP Woodbury denies the allegations in Paragraph 145.

146. Paragraphs 146 through 149 in the Complaint are reserved and therefore require no answer.

J. **The Owner and operator Defendants Are Violating the Minnesota Human Rights Act**

150. HRP Woodbury denies the allegations in Paragraph 150.

151. HRP Woodbury denies the allegations in Paragraph 151.

152. HRP Woodbury denies the allegations in Paragraph 152.

153. HRP Woodbury denies the allegations in Paragraph 153.

154. HRP Woodbury denies the allegations in Paragraph 154.

155. HRP Woodbury denies the allegations in Paragraph 155.

156. Paragraphs 156 through 159 in the Complaint are reserved and therefore require no answer.

K. **The Court Should Enjoin Defendants From Coercing, Intimidating, Threatening or Interfering With Hansmeier**

160. HRP Woodbury does not have sufficient information to admit or deny the allegations in Paragraph 160.

161. HRP Woodbury denies the allegations in Paragraph 161.

162. Paragraph 162 in the Complaint is reserved and therefore requires no answer.

L. **The Court Should Enjoin the Government Defendants From Retaliating Against Hansmeier**

163. HRP Woodbury denies the allegations in Paragraph 163.

164. HRP Woodbury denies the allegations in Paragraph 164.

165. HRP Woodbury denies the allegations in Paragraph 165.

166. HRP Woodbury denies the allegations in Paragraph 166.

167. HRP Woodbury denies the allegations in Paragraph 167.

168. Paragraphs 168 through 169 in the Complaint are reserved and therefore require no answer.

**M.    The Challenged Restrictions Violate the First Amendment (as applied)**

170. HRP Woodbury denies the allegations in Paragraph 170.

171. HRP Woodbury denies the allegations in Paragraph 171.

172. HRP Woodbury denies the allegations in Paragraph 172.

173. HRP Woodbury denies the allegations in Paragraph 173.

174. Paragraphs 174 through 179 in the Complaint are reserved and therefore require no answer.

**N.    The Challenged Restrictions Are Vague, In Violation of the Due Process Clause (as applied)**

180. HRP Woodbury denies the allegations in Paragraph 180.

181. HRP Woodbury denies the allegations in Paragraph 181.

182. HRP Woodbury denies the allegations in Paragraph 182.

183. HRP Woodbury denies the allegations in Paragraph 183.

184. Paragraphs 184 through 189 in the Complaint are reserved and therefore require no answer.

## FIRST CAUSE OF ACTION
## AMERICANS WITH DISABILITIES ACT (TITLE III)

190. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-189.

191. HRP Woodbury denies the allegations in Paragraph 191.

192. HRP Woodbury denies the allegations in Paragraph 192.

193. HRP Woodbury denies the allegations in Paragraph 193.

194. HRP Woodbury denies the allegations in Paragraph 194.

195. HRP Woodbury denies the allegations in Paragraph 195.

196. Paragraphs 196 through 199 in the Complaint are reserved and therefore require no answer.

## SECOND CAUSE OF ACTION
## MINNESOTA HUMAN RIGHTS ACT

200. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-199.

201. HRP Woodbury denies the allegations in Paragraph 201.

202. HRP Woodbury denies the allegations in Paragraph 202.

203. HRP Woodbury denies the allegations in Paragraph 203.

204. HRP Woodbury denies the allegations in Paragraph 204.

205. HRP Woodbury denies the allegations in Paragraph 205.

206. Paragraphs 206 through 209 in the Complaint are reserved and therefore require no answer.

## THIRD CAUSE OF ACTION
## AMERICANS WITH DISABILITIES ACT (PARTICIPATION CLAUSE)

210. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-209.

211. HRP Woodbury denies the allegations in Paragraph 211.

212. HRP Woodbury denies the allegations in Paragraph 212.

213. HRP Woodbury denies the allegations in Paragraph 213.

214. HRP Woodbury denies the allegations in Paragraph 214.

215. Paragraphs 215 through 219 in the Complaint are reserved and therefore require no answer.

## FOURTH CAUSE OF ACTION
## FIRST AMENDMENT (RETALIATION)

220. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-219.

221. HRP Woodbury denies the allegations in Paragraph 221.

222. HRP Woodbury denies the allegations in Paragraph 222.

223. HRP Woodbury denies the allegations in Paragraph 223.

224. HRP Woodbury denies the allegations in Paragraph 224.

225. HRP Woodbury denies the allegations in Paragraph 225.

226. Paragraphs 226 through 229 in the Complaint are reserved and therefore require no answer.

## FIFTH CAUSE OF ACTION
## FIRST AMENDMENT (PETITION CLAUSE)

230. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-229.

231. HRP Woodbury denies the allegations in Paragraph 231.

232. HRP Woodbury denies the allegations in Paragraph 232.

233. HRP Woodbury denies the allegations in Paragraph 233.

234. HRP Woodbury denies the allegations in Paragraph 234.

235. HRP Woodbury denies the allegations in Paragraph 235.

236. Paragraphs 236 through 239 in the Complaint are reserved and therefore require no answer.

## SIXTH CAUSE OF ACTION
## FIFTH AMENDMENT (AS APPLIED)

240. HRP Woodbury realleges and incorporates by reference its responses to paragraphs 1-239.

241. HRP Woodbury denies the allegations in Paragraph 241.

242. HRP Woodbury denies the allegations in Paragraph 242.

243. HRP Woodbury denies the allegations in Paragraph 243.

244. HRP Woodbury denies the allegations in Paragraph 244.

245. Paragraphs 245 through 249 in the Complaint are reserved and therefore require no answer

**AFFIRMATIVE DEFENSES**

HRP Woodbury asserts the following defenses without assuming the burden of proof as to any issue that otherwise would rest upon Plaintiff.

1. The allegations of the Complaint fail to state a claim against HRP Woodbury upon which relief can be granted.

2. Plaintiff has not suffered any compensable injury traceable to HRP Woodbury and therefore lacks standing to assert any claims against HRP Woodbury.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant HRP Woodbury II, LLC prays for judgment that:

1. Plaintiff's Complaint be dismissed with prejudice and on the merits;

2. Plaintiff recover no damages, costs, or attorneys' fees;

3. Defendant be awarded its reasonable expenses of litigation, including attorney's fees, costs and disbursements; and

4. Defendant be awarded such other and further relief as the Court deems just, proper and equitable.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **MASLON LLP** |
| Dated: April 8, 2022 | By: *s/Michael C. McCarthy* |
|  | Michael C. McCarthy (#230406) |
|  | 3300 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-4140 |
|  | Telephone:  (612) 672-8200 |
|  | mike.mccarthy@maslon.com |
|  | **ATTORNEYS FOR DEFENDANT HRP WOODBURY II, LLC** |