UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul Hansmeier,                                        File No. 22-cv-820 (ECT/LIB)

     Plaintiff,

v.                                                              **ORDER**

HRP Woodbury II, LLC; Store Master
Funding VII, LLC; and Merrick Garland,

     Defendants.

---

Plaintiff Paul Hansmeier served a Complaint in Hennepin County, Minnesota District Court, asserting that Defendants HRP Woodbury II, LLC, Store Master Funding VII, LLC, and United States Attorney General Merrick Garland have violated the Americans with Disabilities Act, among other claims. *See* ECF No. 1 Ex. A. The case was removed to this Court. ECF No. 1.

Hansmeier was previously prohibited from filing "any new lawsuits and any pleadings or other papers in the District of Minnesota concerning any . . . private enforcement action under the ADA against the U.S. Attorney General . . . unless he obtains prior written approval from the Chief Judge of the District of Minnesota." *See Hansmeier v. MacLaughlin*, No. CV 21-1167 (JRT/LIB), 2022 WL 748484, at *7 (D. Minn. Mar. 11, 2022). The Memorandum Opinion restricting Hansmeier's filings also stated that "any action removed to the District of Minnesota that meets the description above is also subject to immediate closure by the Clerk and dismissal without prejudice by the Court." *Id*. As a legal matter, then, the order restricting Hansmeier's filings was intended to apply equally

to cases filed originally in this District and cases removed to this District. If that weren't explicit, the order should be understood that way. As a practical matter, that interpretation is necessary to avoid giving Hansmeier a straightforward path to evading the filing restriction in every case. Here, Hansmeier has not sought permission for filing from the Chief Judge. Accordingly, **IT IS ORDERED THAT** this action is **DISMISSED** without prejudice and the Clerk is directed to immediately close the case.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 11, 2022        s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court