# UNITED STATES DISTRICT COURT
### District of Minnesota

Paul Hansmeier,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

Case Number: 22-cv-820 ECT/LIB

v.

HRP Woodbury II, LLC, Store Master Funding, VII, LLC, Merrick Garland,

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED** without prejudice and the Clerk is directed to immediately close the case.

Date: 4/12/2022

KATE M. FOGARTY, CLERK