COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20953-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550

19 APR 2022 PM 2 L



RECEIVED BY MAIL
APR 21 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

⟺20953-041⟺
District Court
Clerk of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

SCANNED
APR 21 2022
U.S. DISTRICT COURT MLS

55415-229799