UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAUL HANSMEIER,
    Plaintiff,

v.

HRP WOODBURY II, LLC, et. al.,
    Defendants.

Case No. 22-cv-820 (ECT/LIB)

NOTICE OF APPEAL

Plaintiff Paul Hansmeier hereby appeals the judgment entered on April 12, 2022, to the United States Court of Appeals for the Eighth Circuit.

Dated: May 10, 2022

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

I certify under the penalty of perjury that the foregoing document was submitted to the prison mail system on May 10, 2022, with first class postage prepaid.

Paul Hansmeier

RECEIVED BY MAIL
MAY 12 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 12 2022
U.S. DISTRICT COURT MPLS