CASE 0:22-cv-00820-ECT-LIB   Doc. 11-1   Filed 05/12/22   Page 1 of 1

COMMITTED NAME: Paul Hanson
REG. NO. & QTRS.: 20953-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

⇔20953-041⇔
District Court
Clerk of Court
300 S 4TH ST
Minneapolis, MN 55415
United States

SAINT PAUL MN 550
10 MAY 2022 PM 5

SCANNED
MAY 12 2022
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
MAY 12 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-229799