**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

PAUL HANSMEIER,

        Plaintiff,

v.

HRP WOODBURY II, LLC, STORE
MASTER FUNDING VII, LLC, and
MERRICK GARLAND,

        Defendants.

Case No. 22-CV-00820-ECT-LIB

**DECLARATION OF ANDREW R.
SHEDLOCK IN SUPPORT OF STORE
MASTER FUNDING VII, LLC'S
MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

I, Andrew R. Shedlock, being over the age of eighteen years of age, and a resident of the State of Minnesota, Hennepin County, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. Attached hereto as **Exhibit A** is a true and correct copy of an Order in the Eighth Circuit Court of Appeals, Case No. 22-2009, dated May 16, 2022.

2. Attached hereto as **Exhibit B** is a true and correct copy of a filing in the Eighth Circuit Court of Appeals, Case No. 22-1957, dated June 15, 2022.

3. Attached hereto as **Exhibit C** is a true and correct copy of a filing in the Eighth Circuit Court of Appeals, Case No. 22-1957, dated June 16, 2022.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to my personal knowledge.

Executed on June 21, 2022, in Minneapolis, Minnesota.

                                          */s/ Andrew R. Shedlock*
                                          Andrew R. Shedlock

4854-2160-4645.1