# Exhibit A

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-2009

Paul R. Hansmeier

Appellant

v.

HRP Woodbury II, LLC, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:22-cv-00820-ECT)

_____

**ORDER**

The $505 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 28 days of the date of this order. If appellant does not pay the fee or move for IFP status by June 13, 2022, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

May 16, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans