# Exhibit C

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 16, 2022

Mr. Paul R. Hansmeier
FEDERAL CORRECTIONAL INSTITUTION
20953-041
FCI - Unit K3
P.O. Box 1000
Sandstone, MN  55072-1000

RE:  22-1957  Paul Hansmeier v. Tobies Enterprises, Inc., et al

Dear Mr. Hansmeier:

We are in receipt of your response to the order issued June 7, 2022.  Please note that we have updated your fee status in this appeal to "paid" and have referred your appeal to the court.  A briefing schedule will not be established, and no additional pleadings are required from you at this time.  Our office will advise you of any action taken in your case.

Thank you.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc: Ms. Kate M. Fogarty
    Ms. Brandie L. Morgenroth
    Ms. Kristen E. Rau
    Mr. Erik T. Salveson

District Court/Agency Case Number(s):  0:22-cv-00932-NEB