UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paul Hansmeier,                                    File No. 22-cv-820 (ECT/LIB)

       Plaintiff,

v.                                                                      **ORDER**

HRP Woodbury II, LLC; Store Master
Funding VII, LLC; and Merrick Garland,

       Defendants.

---

Plaintiff Paul Hansmeier has filed a motion to reconsider the Order dated June 22, 2022, which denied Plaintiff's application to proceed in forma pauperis on appeal.  ECF No. 22; *see also* ECF No. 18.  Plaintiff's motion will be construed as a request for leave to file a motion for reconsideration brought pursuant to D. Minn. LR 7.1(j), which requires a party to show "compelling circumstances" to obtain permission to file such a motion.  LR 7.1(j).  There are no "compelling circumstances" that warrant reconsideration of the June 22 Order.  Accordingly, **IT IS ORDERED** that Plaintiff's motion for reconsideration [ECF No. 22], construed as a request for leave to file a motion to reconsider, is **DENIED**.

Dated:  July 19, 2022                    s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court