RECEIVED BY MAIL
APR 12 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

SCANNED
APR 12 2023
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Paul Hansmeier,
　　Plaintiff,
v.

22-cv-820

HRP Woodbury II, LLC et al.,
　　Defendants

DECLARATION OF PAUL HANSMEIER

I, Paul Hansmeier, state and declare as follows:

1. I never served or attempted to serve a summons on the Attorney General in this action, including when this action was pending in Hennepin Cty. Dist. Ct.

2. Indeed, I sent this matter out for service in advance of Judge Tunheim's order. Had I foreseen Judge Tunheim's order, I would refrained from even including the Attorney General as a defendant pending permission to proceed against him.

I state under the penalty of perjury that the foregoing is true and correct.

April 9, 2023

Paul R. Hansmeier