# KUTAKROCK

**Kutak Rock LLP**
60 South Sixth Street, Suite 3400, Minneapolis, MN 55402-4018
office 612.334.5000

ANDREW R. SHEDLOCK
612.334.5000
andrew.shedlock@kutakrock.com

April 18, 2023

**VIA ECF**

The Honorable Eric C. Tostrud
Judge of District Court
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:   *Hansmeier v. HRP Woodbury II, LLC et. al.*
      Civil No. 0:22-cv-00820 (ECT/LIB)

Dear Judge Tostrud:

This firm represents Defendant STORE Master Funding, VII, LLC ("STORE"). On April 12, 2023, Plaintiff Paul Hansmeier ("Hansmeier") filed two documents into this closed case. (Docs. 27 and 28.) The docket now reflects the following for each docket entry: "DOCUMENT FILED IN ERROR-WILL NOT BE REFILED- RESTRICTED FILER."

It is, therefore, STORE's understanding, that neither document was actually "filed" nor accepted by the Court, and STORE will not be preparing an opposition or response to either filing. If the Court desires or requests an opposition or response, STORE will do so.

Please contact me with any questions.

Sincerely,

*/s/Andrew R. Shedlock*

Andrew R. Shedlock

cc: Paul Hansmeier (via US Mail)

4893-3949-4494.1